# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 10, 2026

Lyle W. Cayce
Clerk

No. 25-11061
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DEWAYNE DESHAE WILLIS,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:24-CR-100-1

Before JONES, HO, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

Dewayne Deshae Willis appeals the 136-month sentence imposed following his guilty plea conviction for possession with intent to distribute a mixture or substance containing a detectable amount of cocaine. He challenges the quantity of drugs attributable to him for the purpose of calculating his base offense level. He asserts that the statements of

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-11061

confidential source (CS) 2, CS 3, and CS 4 were unreliable and that the drug-quantity calculation based on CS 4's statement is "patently incorrect."

Willis has shown no reversible plain error with respect to the district court's drug quantity calculation. *See Puckett v. United States*, 556 U.S. 129, 135 (2009); *United States v. Kearby*, 943 F.3d 969, 975 (5th Cir. 2019).

AFFIRMED.